# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANIEL GORDON STEVENS,

     Petitioner,

vs.

JANET NAPOLITANO, et al.,

     Respondents.

Case No. 2:12-CV-00547-KJD-(GWF)

**ORDER**

     Respondents having submitted a motion to permit appearance of government attorney (#10), and good cause appearing;

     IT IS THEREFORE ORDERED that respondents' motion to permit appearance of government attorney (#10) is **GRANTED**.  Patricia E. Bruckner is permitted to practice before the court in this action.

     DATED: June 19, 2012

_____
KENT J. DAWSON
United States District Judge