# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL GORDON STEVENS,<br><br>    Petitioner,<br><br>vs.<br><br>JANET NAPOLITANO, et al.,<br><br>    Respondents. | Case No. 2:12-CV-00547-KJD-(GWF)<br><br>**ORDER** |

Respondents having submitted a motion to permit appearance of government attorney (#10), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion to permit appearance of government attorney (#10) is **GRANTED**. Patricia E. Bruckner is permitted to practice before the court in this action.

DATED: June 19, 2012

_____
KENT J. DAWSON
United States District Judge